# Third District Court of Appeal

## State of Florida

Opinion filed August 7, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0065
Lower Tribunal No. 21-10568 CC
_____

**The Wellness Center of London Square, Inc.,**
Appellant,

vs.

**DHL Express (USA), Inc.,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Linda Singer Stein, Judge.

Ramsaran Law Group, and Jerome Ramsaran, for appellant.

Fowler White Burnett, P.A., and Ana E. Tovar, for appellee.

Before SCALES, MILLER, and GORDO, JJ.

PER CURIAM.

Appellant, The Wellness Center of London Square, Inc. ("Wellness Center"), appeals a December 13, 2023 final judgment of the county court awarding attorney's fees and costs to appellee, DHL Express (USA), Inc. ("DHL"), pursuant to section 57.105(1) of the Florida Statutes (2022). We affirm in part and reverse in part.

In its appeal, Wellness Center does not challenge the trial court's finding of DHL's entitlement to attorney's fees but disputes only the $23,803.00 fee amount awarded by the court. Because Wellness Center has not provided us a transcript of the evidentiary hearing where the lower court addressed attorney's fees, and the face of the record reveals no error in the court's calculation of the fee amount awarded to DHL, we must affirm the fee award. See Myret, LLC v. Grp. LX, Inc., 245 So. 3d 1024, 1024 (Fla. 3d DCA 2018) ("Myret disputes the amount of the fees awarded. However, where, as here, no transcript of the hearing where the amount of the fees was addressed has been provided, and the judgment is not fundamentally erroneous on its face, we must affirm.").

Wellness Center also challenges the trial court's $578.55 costs award. Because "nothing in the text of section 57.105(1) provides for the award of costs," Law Offices of Borell, P.A. v. Acevedo, 322 So. 3d 1218, 1219 (Fla.

2

3d DCA 2021), we reverse that portion of the December 13, 2023 final judgment awarding costs to DHL. <u>Id.</u>

Affirmed in part, reversed in part, and remanded with directions to strike the award of costs.